Further proceedings are necessary, however, in order to determine whether Petitioners are entitled to declaratory relief and a prohibitory injunction as to recreational aquarium collection permits.

## VI.  CONCLUSION

Accordingly, we vacate the ICA's judgment insofar as it affirmed the circuit court's judgment granting DLNR summary judgment. The ICA's judgment is further vacated to the extent that it affirmed the circuit court's judgment denying Petitioners' motion for summary judgment with respect to commercial aquarium collection permits. Similarly, the circuit court's judgment is vacated insofar as it granted summary judgment to DLNR and denied Petitioners' summary judgment motion with respect to commercial aquarium collection permits. The remaining portions of the judgments of the ICA and the circuit court are otherwise affirmed, and this case is remanded to the circuit court for further proceedings consistent with this opinion.

403 P.3d 306

ONEWEST BANK, F.S.B., BY AND THROUGH its successor-in-interest, OCWEN LOAN SERVICING, LLC, Plaintiff-Appellant,

v.

Timothy Reuben FORSBERG; Susan Allen Forsberg; Mortgage Electronic Registration Systems, Inc., solely as nominee for Quicken Loans Inc.; Citibank, N.A., Defendants-Appellees,

and

John Does 1-50; Jane Does 1-50; Doe Partnerships 1-50; Doe Corporations 1-50; Doe Entities 1-50 and Doe Governmental Units 1-50, Defendants

NO. CAAP-15-0000889

Intermediate Court of Appeals of Hawai'i.

September 28, 2017

SUMMARY DISPOSITION ORDER

Vacate. Remanded.

403 P.3d 306

MN, Plaintiff-Appellee,

v.

MN, Defendant-Appellant

NO. CAAP-16-0000397

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 29, 2017.

SUMMARY DISPOSITION ORDER

Affirmed.

403 P.3d 306

STATE of Hawai'i, Plaintiff-Appellee,

v.

John Steven SCHLAFF, Defendant-Appellant, and Brandon Fredianelli, Defendant-Appellee

NO. CAAP-16-0000364

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, September 29, 2017.